```
                                                          FILED
                                                 UNITED STATES DISTRICT COURT
                                                      DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

APR 20 2011

GREGORY C. LANGHAM
                            CLERK

Civil Action No. 11-cv-00607-BNB

KWI CHOI YI,

    Applicant,

v.

COLO. DEPT. OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On March 15, 2011, Magistrate Judge Boyd N. Boland ordered Applicant to file an amended application that names a proper Respondent and that clarifies the specific claims being asserted. Applicant was warned that the action would be dismissed without further notice if he failed to file an amended application within thirty days.

Applicant has failed within the time allowed to file an amended application as directed and he has failed to respond in any way to Magistrate Judge Boland's March 15 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with a court order. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __20th__ day of ___April_____, 2011.

BY THE COURT:

        __s/Lewis T. Babcock_____
        LEWIS T. BABCOCK, Senior Judge
        United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00607-BNB

Kwi Choi Yi
9045 Aragon Dr
Colorado Springs, CO 80920

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 20, 2011.

                                    GREGORY C. LANGHAM, CLERK

                            By: _____
                                        Deputy Clerk